# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MICHAEL CARSON,

                          Plaintiff,

v.                                                        Case No. 17-CV-302-JPS

JOE HAIDER and 20TH STREET
PROPERTIES,

                          Defendants.                    **ORDER**

---

On March 6, 2017, the Court screened Plaintiff's complaint and found that it did not state any viable claims. (Docket #3). The Court struck the complaint and ordered Plaintiff to submit an amended complaint no later than March 27, 2017. *Id.* at 3. As of today's date, the Court has not received an amended complaint or any other communication from Plaintiff. It will, therefore, dismiss this action with prejudice for Plaintiff's failure to prosecute the same.

Accordingly,

**IT IS ORDERED** that this action be and the same is hereby **DISMISSED with prejudice**.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 30th day of March, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge